# EXHIBIT E

NCR Services U.S. – Customer Engineer Human Resources Handbook



*NCR U.S. Customer Engineer Human Resources Handbook*

*July 2016*

NCR Corporation—Confidential

EXHIBIT 5
CJ 10/26/16

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Acknowledgement of Receipt of NCR Customer Engineer Human Resources Handbook

This is to acknowledge that I have read, understand, and agree to follow the rules and policies set forth in the NCR Customer Engineer Human Resources Handbook (the "Handbook"). I agree that it is my responsibility to periodically review the Handbook and any updates to the Handbook, which the Company reserves the right to amend at any time. Should I have any questions regarding the content or interpretation of this Handbook, I will bring them to the attention of my supervisor, or I will consult with HR Central for additional guidance.

This Handbook supersedes and replaces the September 2007 NCR Customer Engineer Employee Handbook.

Signature: _____  Date: _____

Print Name: _____

Employee QuickLook ID: _____

## Home-to-Work Commute

All NCR US Customer Engineer employees except those in California, Washington, or those subject to a collective bargaining agreement shall adhere to the following commute guidelines.

NCR will adhere to the following commute guidelines.

The first thirty (30) minutes of your commute to your first customer worksite is not compensable. At the end of your day, the last thirty (30) minutes of your commute is not compensable.

No work should be performed during the first and last thirty (30) minutes of your commute. This may include taking calls or answering emails when they take more than one or two minutes to complete. If work is performed during this time, it must be recorded and you will be compensated for it.

Once you have completed your last call of the day, and unless otherwise directed by your manager, you are to cease working. You are not permitted to resume or continue working upon your arrival at home.

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Rest Breaks

You are permitted a short rest break for every four (4) hour work period. Rest periods of short duration (usually 10 minutes) are paid for as working time. For all states, NCR prohibits taking breaks at the beginning or the end of the work day to offset arrival and departure times. It is expected that all managers and employees will cooperate to meet the needs of our business to the best of their ability while maintaining a safe and productive work environment and complying with applicable law. No work is to be performed during your rest break. If you find yourself being interrupted during your rest break, please alert your Territory Manager.

Note: The chart below provides information on specific state laws; however state laws are subject to change from time to time. Please consult with HR for more information.

| Table of Minimum Paid Rest Period Requirements Under State Law for Adult Employees in Private Sector | |
|---|---|
| State1/ | Basic Standard |
| California | Paid 10-minute rest period for each 4 hours worked or major fraction thereof; as practicable, in middle of each work period. Not required for employees whose total daily work time is less than 3 and ½ hours. |
| Colorado | Paid 10-minute rest period for each 4-hour work period or major fraction thereof; as practicable, in middle of each work period. |
| Kentucky | Paid 10-minute rest period for each 4-hour work period |
| Minnesota | Paid adequate rest period within each 4 consecutive hours of work, to utilize nearest convenient restroom. |
| Nevada | Paid 10-minute rest period for each 4 hours worked or major fraction thereof; as practicable, in middle of each work period. Not required for employees whose total daily work time is less than 3 and ½ hours. |
| Oregon | Paid 10-minute rest period for every 4-hour segment or major portion thereof in one work period; as feasible, approximately in middle of each segment of work period.<br><br>Rest period must be in addition to usual meal period and taken separately; not to be added to usual meal period or deducted from beginning or end of work period to reduce overall length of total work period. |
| Vermont | Employees are to be given "reasonable opportunities" during work periods to eat and use toilet facilities in order to protect the health and hygiene of the employee. |
| Washington | Paid 10-minute rest period for each 4-hour work period, scheduled as near as possible to midpoint of each work period. Employee may not be required to work more than 3 hours without a rest period. |

**FOOTNOTES**

1/ States not listed do not require paid rest periods.

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Meal Breaks

You are expected to take an unpaid meal break, typically 4–5 hours after your shift begins. Because your schedule often flexes to meet customer needs, you must use your best judgment as to the best time to take a meal break during the day, and you should not plan to take your meal break during the last 30 minutes of your scheduled shift. When you are taking a meal break, your status in your handheld mobile device must be updated to indicate "meal break until xxx" with xxx representing the expiration of the meal break. You should also contact the Operations Center to inform them that you will be taking your meal break. No work is to be performed during your unpaid meal break. If you find yourself being interrupted during the reported meal break, alert your Territory Manager. Also, if you must do work during your meal break, then you must report that time as working time (rather than meal break time) so you can be paid for it.

For CEs in the state of California, you must record your meal break in D1 as well as your CE time reporting sheet. Please record your meal break under "Non Pay Hours." If you have any questions about meal breaks, please ask your Territory Manager or contact HR Central for assistance.

Note: The chart below provides information on specific state laws; however state laws are subject to change from time to time. Please consult with HR for more information.

| Table of Meal Period Requirements Under State Law For Adult Employees in Private Sector ||
|---|---|
| **State** [1] | **Basic Standard** |
| California | ½ hour, after 5 hours, except when workday will be completed in 6 hours or less and there is mutual employer/employee consent to waive meal period. |
| | Additional second meal period of 30 minutes for a work period of more than 10 hours per day, except that if the total hours worked is no more than 12 hours, the second meal period may be waived by mutual consent of the employer and employee only if the first meal period was not waived. |
| Colorado | ½ hour after 5 hours, except when workday will be completed in 6 hours or less. On-duty meal period counted as time worked and permitted when nature of work prevents relief from all duties. |
| Connecticut | ½ hour after first 2 hours and before last 2 hours for employees who work 7½ consecutive hours or more. |
| Delaware | ½ hour, after first 2 hours and before the last 2 hours, for employees who work 7½ consecutive hours or more. |
| Kentucky | Reasonable off-duty period, ordinarily ½ hour but shorter period permitted under special conditions, between 3rd and 5th hour of work. Not counted as time worked. Coffee breaks and snack time not to be included in meal period. |
| Maine | ½ hour, after 6 consecutive hours, except in cases of emergency and except where nature of work allows employees frequent breaks during workday. |
| Massachusetts | ½ hour, if work is for more than 6 hours. |
| Minnesota | Sufficient unpaid time for employees who work 8 consecutive hours or more. |

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

| | |
|---|---|
| Nebraska | ½ hour, off premises, between 12 noon and 1 p.m. or at other suitable lunch time. |
| Nevada | ½ hour, if work is for 8 continuous hours. |
| New Hampshire | ½ hour, after 5 consecutive hours, unless feasible for employee to eat while working and is permitted to do so by employer. |
| New York | 1 hour noon-day period<br><br>30 minute noonday period for employees who work shifts of more than 6 hours that extend over the noon day meal period.<br><br>An additional 20 minutes between 5 p.m. and 7 p.m. for those employed on a shift starting before 11 a.m. and continuing after 7 p.m.<br><br>45 minutes midway in shift for those employed more than a 6-hour period starting between 1 p.m. and 6 a.m. |
| North Dakota | ½ hour, if desired, on each shift exceeding 5 hours. |
| Oregon | ½ hour, with relief from all duty, for each work period of 6 to 8 hours, between 2nd and 5th hour for work period of 7 hours or less and between 3rd and 6th hour for work period over 7 hours; or, less than ½ hour but not less than 20 minutes, with pay, with relief from all duty, where employer can show that such a paid meal period is industry practice or custom; or, where employer can show that nature of work prevents relief from all duty, an eating period with pay while on duty for each period of 6 to 8 hours. |
| Rhode Island | All employees are entitled to a 20 minute mealtime within a six hour work shift, and a 30 minute mealtime within an eight hour work shift. |
| Tennessee | ½ hour for employees scheduled to work 6 consecutive hours or more. |
| Vermont | Employees are to be given "reasonable opportunities" during work periods to eat and use toilet facilities in order to protect the health and hygiene of the employee. |
| Washington | ½ hour, if work period is more than 5 consecutive hours, to be given not less than 2 hours nor more than 5 hours from beginning of shift. Counted as worktime if employee is required to remain on duty on premises or at a prescribed worksite. Additional ½ hour, before or during overtime, for employees working 3 or more hours beyond regular workday. |
| West Virginia | 20 minutes for employees who work 6 consecutive hours or more. |
| Guam | ½ hour, after 5 hours, except when workday will be completed in 6 hours or less and there is mutual employer/employee consent to waive meal period. Not considered time worked unless nature of work prevents relief from duty. |
| Puerto Rico | 1 hour, after end of 3rd but before beginning of 6th consecutive hour worked. Double-time pay required for work during meal hour or fraction thereof. |

**FOOTNOTES**

1/The following 35 jurisdictions also have separate provisions requiring meal periods specifically for minors (when minors are covered by two provisions, employer must observe the higher standard): Alabama, Alaska, California, Colorado, Delaware, Florida, Hawaii, Illinois, Indiana, Iowa, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Nebraska, Nevada, New Hampshire, New Jersey, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, Utah, Virginia, Washington, West Virginia, Wisconsin, Guam, and Puerto Rico.

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

New Mexico. A provision applicable to females and administratively extended to men does not require a meal period, but provides that when a meal period is granted (in industrial, mercantile and certain service industries), it must be at least ½ hour, not counted as time worked.

Wisconsin. By regulation, the recommended standard is ½ hour after 6 consecutive hours' work in factories, mechanical and mercantile establishments and certain service industries, to be given reasonably close to usual meal time or near middle of shift.

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Administrative Duties

Time spent performing administrative activities (e.g., e-mail, time reporting, parts management, mandatory training and other administrative duties) are compensable as work time. You should record time spent on administrative duties as time worked and receive the appropriate pay. Please keep in mind that you are not to work overtime unless specifically directed by management, and you should fit all administrative tasks into your normal schedule to meet productivity goals. If you need a block of time in order to manage your parts or take mandatory training, contact your manager so that he or she can rearrange your schedule to enable you to accomplish these tasks during your normal work shift.

E-mail is often used as a vehicle to communicate important company and specific team information and should be checked throughout the workweek. Territory Managers will give general direction regarding the frequency with which you should check e-mail based upon the frequency with which email is used in your territory. Examples requiring the use of e-mail and NCR intranet include Web-based training, instruction manuals, Human Resource Employee Benefit Information, NCR Policy Information, information about current initiatives, employee schedules, and expense reporting. Territory Managers will give general direction regarding the frequency with which you should check email based upon the frequency with which email is used in your territory, but in no event should email be used during your unpaid, non-working hours.

NCR Services U.S. – Customer Engineer Human Resources Handbook

## 'Off the Clock' Work Is Prohibited

NCR strictly prohibits all non-exempt employees, including CEs, from performing any work "off the clock." All time worked must be accurately recorded and paid.

It is your responsibility to input all hours that you work into NCR's electronic time tracking system, Workday. You must record your work start time, your work end time, and the duration of any meal or other unpaid break(s) that you take during your shift in Workday. (Please refer to the 'Rest Breaks' and 'Meal Breaks' policies for any rest break and meal requirements for your state.) To ensure consistent treatment, data recorded in Workday is the record of the workday. Any need to determine actual time worked will be resolved with reference to Workday records (and other data as appropriate), which is another reason why it is important that you accurately record your time.

Here are examples of work that you are prohibited from performing "off the clock:"

- Answering phone calls from NCR, customers, or other CEs about work matters;
- Reading or responding to NCR email about work matters;
- Attending NCR training;
- Attending workgroup meetings or calls;
- Processing or ordering parts; and
- Inputting details about calls (such as entering remarks or ordering parts).

Here are examples of the following situations that may arise, and how you should handle them:

- Before the start of your shift you are prohibited from performing any work, other than briefly checking your handheld mobile device 30 minutes before the start of your shift (this is so that you can determine the location of your first assignment).

- If your manager or a co-worker calls or messages you during your unpaid commute to your first job site, you are to delay your response until you go back on the clock.

- If you receive a business call, text or email from NCR or a customer during your lunch break, you are to delay your response until you are back on the clock; you have the right not to answer or respond to it until that time. If you take the call, you must go back on the clock so you can be paid for the time that you spend on the call.

- You may need to ask your supervisor to schedule "admin time" for you to accomplish tasks requiring an internet connection, because you are not permitted to perform these tasks at home outside of your regularly scheduled shift.

- Unless you have received prior approval from your supervisor, you are prohibited from processing parts at your home. In any event, all time spent processing parts must done "on the clock." All time spent processing parts must be reported and you will be paid for it.

NCR expects CEs to work within the work schedules set by their managers. However, all time spent performing work (regardless of whether it falls during your scheduled shift) must be reported in Workday. Supervisors are prohibited from requiring, encouraging or even suggesting that CEs (and any other non-exempt employees) work "off the clock."

**NCR Corporation—Confidential**

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

Employees that underreport or fail to report hours, or any other violation of the foregoing, may be subject to the full range of disciplinary action. This includes managers who fail to observe this policy. If you have any questions or concerns about the prohibition against "off the clock" work, please contact HR Central.

Note: Other sections of the CE Handbook also bear on this topic. You may wish to consult the following additional CE Handbook policies:

- Work Shifts/Work Schedules
- Shift Guidelines
- Home-to-Work Commute
- Rest Breaks
- Meal Breaks
- Administrative Duties

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

## Open Door Policy

NCR is committed to providing a healthy and productive work environment.

At NCR we believe in open and honest communication. If you have a question, problem or suggestion, you will receive fair and objective consideration without fear of reprisal. It is always best to start with your immediate manager. Most problems can and should be solved with your manager; this is encouraged as your first effort to solve a problem. However, if at any time you are not satisfied with the response you receive from your manager, or if you prefer to talk to someone else, please contact HR Central.

### Addressing Concerns

Please refer to policy # CMP 706 for additional information on 'Internal Dispute Resolution'.

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3962