# EXHIBIT H

Submit time



Comment section below

