UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MEADOWS, Individually, and on Behalf of All Others Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:16-cv-6221 |
| v. | ) ) | Honorable Manish S. Shah |
| NCR CORPORATION | ) ) | |
| Defendant. | ) ) ) | |

### INDEX OF EXHIBITS TO DEFENDANT NCR CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DECERTIFICATION OF THE FLSA COLLECTIVE ACTION

| EX. | DESCRIPTION |
|---|---|
| 1 | Notice of Collection Action Lawsuit |
| 2 | Declarations of Thomas Abburscato, Scott Dosie, James R. Kent, Raymond Mousaad, and Peter Wolven |
| 3 | 2013 Customer Engineer Human Resources Book (NCR MEADOWS0000310) |
| 4 | 2016 Customer Engineer Human Resources Book (NCR MEADOWS0000367) |
| 5 | Copy of the "Stipulation of Settlement and Release" filed in *De Leon and Fajardo v. NCR Corporation*, Case No. CIVDS1403274 |
| 6 | Deposition Transcript Excerpts of Arturo Barraza |
| 7 | Deposition Transcript Excerpts of Roy Bratt |
| 8 | Deposition Transcript Excerpts of Jesse Brown |
| 9 | Deposition Transcript Excerpts of Alexander Bucher |
| 10 | Deposition Transcript Excerpts of Jude Charles |
| 11 | Deposition Transcript Excerpts of Jeff Clark |
| 12 | Deposition Transcript Excerpts of Alan Cosby |

1

| EX. | DESCRIPTION |
|---|---|
| 13 | Deposition Transcript Excerpts of Eugene Duncan |
| 14 | Deposition Transcript Excerpts of David Fisher |
| 15 | Deposition Transcript Excerpts of Tom Fitzgerald |
| 16 | Deposition Transcript Excerpts of Christopher Flood |
| 17 | Deposition Transcript Excerpts of Brian Galle |
| 18 | Deposition Transcript Excerpts of Darlene Gathers |
| 19 | Deposition Transcript Excerpts of Brett Hartley |
| 20 | Deposition Transcript Excerpts of Richie Hatcher |
| 21 | Deposition Transcript Excerpts of Donald Hineman |
| 22 | Deposition Transcript Excerpts of Zeid Isho |
| 23 | Deposition Transcript Excerpts of Frane Ivic |
| 24 | Deposition Transcript Excerpts of Charles Jackson |
| 25 | Deposition Transcript Excerpts of Donald Johnson |
| 26 | Deposition Transcript Excerpts of Billy Karruli |
| 27 | Deposition Transcript Excerpts of Kelly Korinek |
| 28 | Deposition Transcript Excerpts of Joseph Lane |
| 29 | Deposition Transcript Excerpts of Emilio Li |
| 30 | Deposition Transcript Excerpts of Michael Meadows |
| 31 | Deposition Transcript Excerpts of Peter Miroewski |
| 32 | Deposition Transcript Excerpts of Ryan Od'neal |
| 33 | Deposition Transcript Excerpts of Paul Oestreicher |
| 34 | Deposition Transcript Excerpts of Ray Pfiester |
| 35 | Deposition Transcript Excerpts of Mark Potter |
| 36 | Deposition Transcript Excerpts of Matt Presley |
| 37 | Deposition Transcript Excerpts of Aaron Redding |
| 38 | Deposition Transcript Excerpts of Kyle Rice |
| 39 | Deposition Transcript Excerpts of Michael Rodriguez |
| 40 | Deposition Transcript Excerpts of Daniel Santos |
| 41 | Deposition Transcript Excerpts of Gerardo Santos |
| 42 | Deposition Transcript Excerpts of Alfredo Sauco |

3

| EX. | DESCRIPTION |
|---|---|
| 43 | Deposition Transcript Excerpts of Bobby Scales |
| 44 | Deposition Transcript Excerpts of Bryan Seaton |
| 45 | Deposition Transcript Excerpts of Jay Vona |
| 46 | Deposition Transcript Excerpts of Michael Walker |
| 47 | Deposition Transcript Excerpts of Michael Warren |
| 48 | Deposition Transcript Excerpts of Bryn Wayne |
| 49 | Deposition Transcript Excerpts of Patrick Williams |
| 50 | Deposition Transcript Excerpts of David Wilson |
| 51 | Deposition Transcript Excerpts of James Yowonske |
| 52 | Declaration of Christina Tellado |
| 53 | Copies of Unpublished Authority |