# EXHIBIT 4

NCR Services U.S. – Customer Engineer Human Resources Handbook



*NCR U.S. Customer Engineer Human Resources Handbook*

*July 2016*

NCR Corporation—Confidential

NCR MEADOWS0000367

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Acknowledgement of Receipt of NCR Customer Engineer Human Resources Handbook

This is to acknowledge that I have read, understand, and agree to follow the rules and policies set forth in the NCR Customer Engineer Human Resources Handbook (the "Handbook"). I agree that it is my responsibility to periodically review the Handbook and any updates to the Handbook, which the Company reserves the right to amend at any time. Should I have any questions regarding the content or interpretation of this Handbook, I will bring them to the attention of my supervisor, or I will consult with HR Central for additional guidance.

This Handbook supersedes and replaces the September 2007 NCR Customer Engineer Employee Handbook.

Signature: _____     Date: _____

Print Name: _____

Employee QuickLook ID: _____

NCR MEADOWS0000368

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Introduction to this Manual

This Handbook has been prepared to help NCR U.S. Customer Engineers learn more about their jobs by providing brief, general descriptions of some workplace practices, benefits and expectations. Additional corporate policies also provide guidance regarding the company's standards of operation, such as the NCR Corporate Management Policies, the NCR Code of Conduct and the NCR Shared Values.

Each customer engineer (CE) is expected to be familiar with and abide by the contents of this Handbook. We ask that all CEs complete the NCRU course and acknowledge receipt of this Handbook within the first week of employment. From time to time, we may also ask that current employees sign and return a Handbook acknowledgement form, such as when significant changes have been made to the Handbook's content. Your continued employment with NCR Corporation is considered acceptance of all policies and procedures.

This Handbook is not intended to create or be a contract (express or implied). NCR Corporation reserves the right to revise, modify, delete or add to any and all policies, procedures, work rules or benefits stated in Handbook or in any other document, at any time, except for the policy of at-will employment. Changes to this Handbook will be available on the NCR intranet page as soon as reasonably possible, so that you will be aware of new or revised policies or procedures. No oral statements or representations can in any way change or alter the provisions of the Handbook. Additionally, the policies and procedures in the Handbook are for general reference only and may not be applicable in all cases. All previously issued employee policy and/or reference Handbooks and any inconsistent policy or benefit statements, are superseded by this Handbook.

You are encouraged to visit with your manager or HR Central whenever you need additional information or wish to discuss issues relative to your employment with NCR Corporation. Should you have any questions regarding the content or interpretation of this Handbook, please bring them to the attention of your supervisor or consult with HR Central for additional guidance.

This Handbook applies to CEs subject to a Collective Bargaining Agreement (CBA) except where the express terms of the CBA contradict this Handbook, in which case the CBA terms control. Nothing in the handbook or NCR policies shall be construed as interfering with employees' rights under the National Labor Relations Act.

NCR MEADOWS0000369

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Important Numbers

### HR Central: United States

https://intranet.ncr.com/

### Benefits

| | |
|---|---|
| NCR Benefits Center | 1-800-245-9035 |
| United Healthcare | 1-800-889-2535 |
| Optum Rx (Prescription Coverage) | 1-800-889-2535 |
| CIGNA Dental | 1-800-244-6224 |
| EyeMed Vision (Enrolled) | 1-866-723-0514 |
| EyeMed Vision (Not Enrolled) | 1-866-299-1358 |
| MetLife Disability (24 hour claims) | 1-877-638-8262 |

### Other

| | |
|---|---|
| OptumHealth Bank | 1-800-791-9361 |
| ESIS (Worker's Compensation) | 1-877-642-8930 |
| TALX Employment Verification | 1-800-367-5690 |
| ww.a Tres.acknurt :er.com: | code: 20289 |

### Human Resources Support

| | |
|---|---|
| NCR HR Central | 1-937-449-4125 |
| AP27005906′10 w. .am | |

**Note: Payroll is a function of the finance organization. Given the importance of your having this information, we have noted it below:**

| | |
|---|---|
| Payroll | 1-937-445-7664 (Phone) |
| XP2′30010@ncr.com | 1-513-719-6985 (Fax) |

NCR MEADOWS0000370

## Employment At-Will Policy

You and all other employees of NCR are employed on an "at-will" basis. This means that your employment is at the mutual consent of you and the Company. Under this mutual consent, you or the Company can end the employment relationship at any time, for any reason, with or without cause or advance notice. Nothing in this policy, this handbook or anywhere else creates an employment contract between you and the Company. No one at the Company is authorized to make oral promises of continued employment or assurances of benefits or other oral agreements of any kind. Any agreement other than "at will" must be in writing, signed and dated by you, and signed and dated by an authorized representative of the Company.

NCR MEADOWS0000371

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Work Shift/Work Schedule

NCR's standard work week is a seven day period starting on at 12:00 AM on Saturday and ending on at 11:59 PM on Friday. NCR's standard work day for U.S. Customer Engineers is 12:00 AM to 11:59 PM. You will be assigned a regular work shift (1st, 2nd, or 3rd). Your work schedule can begin on any day of the week and shifts may begin at any hour. All work time is compensable time. Employees are required to document and report all time worked.

Managers have discretion to set schedules and control the hours of work based upon the needs of the territory and customer requirements. Various factors, such as workloads, operational efficiency, and staffing needs, may require variations in your start and end times, scheduled work days, and/or hours worked each day or each week. In addition, you may be required to work overtime or hours other than those normally scheduled whenever necessary. In recognition of this, your manager may schedule you off at the end of a particularly long week.

NCR MEADOWS0000372

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Shift Guidelines

Due to the nature of our business, temporary and longer-term shift changes may be required. Whenever possible, advance notice will be provided as follows:

**Shift Changes Greater Than Thirty (30) Days:**
For shift changes lasting more than 30 days (e.g., changing your regular working hours from 8–5 to 12–9), your manager should provide two weeks' advance notice.

**Shift Changes Less Than Thirty (30) Days:**
For shift changes lasting less than thirty (30) days (e.g., for installations or short term projects), your manager should provide one week's advance notice.

It is expected that all employees will cooperate to the best of their ability to satisfy the needs of the business and maintain the "balance" of workload for all team members.

## Start /End Shift Guidelines

As a general rule, at least thirty (30) minutes before the start of your shift: (1) you should check in with the Operations Center either via phone or handheld mobile device for call assignments; and (2) you should activate an incident or update your "whereabouts In total, these activities should take no more than one or two minutes to complete.

Near the end of the assigned shift, you should review the call queue for completed incidents and use the handheld mobile device or contact the Operations Center Service Coordinator to close out any completed incidents. For any incidents that have an active SLA running into the next work period, you should contact the Service Coordinator to move the call to a CE on the next shift available to work the call and then update whereabouts as unavailable. If you plan to run the call during off-shift hours you must arrange for overtime approval by the Territory Manager.

**NCR Corporation—Confidential**

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Home-to-Work Commute

All NCR US Customer Engineer employees except those in California, Washington, or those subject to a collective bargaining agreement shall adhere to the following commute guidelines.

NCR will adhere to the following commute guidelines.

The first thirty (30) minutes of your commute to your first customer worksite is not compensable. At the end of your day, the last thirty (30) minutes of your commute is not compensable.

No work should be performed during the first and last thirty (30) minutes of your commute. This may include taking calls or answering emails when they take more than one or two minutes to complete. If work is performed during this time, it must be recorded and you will be compensated for it.

Once you have completed your last call of the day, and unless otherwise directed by your manager, you are to cease working. You are not permitted to resume or continue working upon your arrival at home.

NCR Corporation—Confidential

NCR MEADOWS0000374

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Rest Breaks

You are permitted a short rest break for every four (4) hour work period. Rest periods of short duration (usually 10 minutes) are paid for as working time. For all states, NCR prohibits taking breaks at the beginning or the end of the work day to offset arrival and departure times. It is expected that all managers and employees will cooperate to meet the needs of our business to the best of their ability while maintaining a safe and productive work environment and complying with applicable law.  No work is to be performed during your rest break.  If you find yourself being interrupted during your rest break, please alert your Territory Manager.

Note: The chart below provides information on specific state laws; however state laws are subject to change from time to time.  Please consult with HR for more information.

| Table of Minimum Paid Rest Period Requirements Under State Law for Adult Employees in Private Sector | |
|---|---|
| State1/ | Basic Standard |
| California | Paid 10-minute rest period for each 4 hours worked or major fraction thereof; as practicable, in middle of each work period. Not required for employees whose total daily work time is less than 3 and ½ hours. |
| Colorado | Paid 10-minute rest period for each 4-hour work period or major fraction thereof; as practicable, in middle of each work period. |
| Kentucky | Paid 10-minute rest period for each 4-hour work period |
| Minnesota | Paid adequate rest period within each 4 consecutive hours of work, to utilize nearest convenient restroom. |
| Nevada | Paid 10-minute rest period for each 4 hours worked or major fraction thereof; as practicable, in middle of each work period. Not required for employees whose total daily work time is less than 3 and ½ hours. |
| Oregon | Paid 10-minute rest period for every 4-hour segment or major portion thereof in one work period; as feasible, approximately in middle of each segment of work period.<br><br>Rest period must be in addition to usual meal period and taken separately; not to be added to usual meal period or deducted from beginning or end of work period to reduce overall length of total work period. |
| Vermont | Employees are to be given "reasonable opportunities" during work periods to eat and use toilet facilities in order to protect the health and hygiene of the employee. |
| Washington | Paid 10-minute rest period for each 4-hour work period, scheduled as near as possible to midpoint of each work period. Employee may not be required to work more than 3 hours without a rest period. |

**FOOTNOTES**

1/ States not listed do not require paid rest periods.

NCR MEADOWS0000375

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Meal Breaks

You are expected to take an unpaid meal break, typically 4–5 hours after your shift begins. Because your schedule often flexes to meet customer needs, you must use your best judgment as to the best time to take a meal break during the day, and you should not plan to take your meal break during the last 30 minutes of your scheduled shift. When you are taking a meal break, your status in your handheld mobile device must be updated to indicate "meal break until xxx" with xxx representing the expiration of the meal break. You should also contact the Operations Center to inform them that you will be taking your meal break. No work is to be performed during your unpaid meal break. If you find yourself being interrupted during the reported meal break, alert your Territory Manager. Also, if you must do work during your meal break, then you must report that time as working time (rather than meal break time) so you can be paid for it.

For CEs in the state of California, you must record your meal break in D1 as well as your CE time reporting sheet. Please record your meal break under "Non Pay Hours." If you have any questions about meal breaks, please ask your Territory Manager or contact HR Central for assistance.

Note: The chart below provides information on specific state laws; however state laws are subject to change from time to time. Please consult with HR for more information.

| State [1] | Basic Standard |
|---|---|
| | Table of Meal Period Requirements Under State Law For Adult Employees in Private Sector |
| California | ½ hour, after 5 hours, except when workday will be completed in 6 hours or less and there is mutual employer/employee consent to waive meal period. |
| | Additional second meal period of 30 minutes for a work period of more than 10 hours per day, except that if the total hours worked is no more than 12 hours, the second meal period may be waived by mutual consent of the employer and employee only if the first meal period was not waived. |
| Colorado | ½ hour after 5 hours, except when workday will be completed in 6 hours or less. On-duty meal period counted as time worked and permitted when nature of work prevents relief from all duties. |
| Connecticut | ½ hour after first 2 hours and before last 2 hours for employees who work 7½ consecutive hours or more. |
| Delaware | ½ hour, after first 2 hours and before the last 2 hours, for employees who work 7½ consecutive hours or more. |
| Kentucky | Reasonable off-duty period, ordinarily ½ hour but shorter period permitted under special conditions, between 3rd and 5th hour of work. Not counted as time worked. Coffee breaks and snack time not to be included in meal period. |
| Maine | ½ hour, after 6 consecutive hours, except in cases of emergency and except where nature of work allows employees frequent breaks during workday. |
| Massachusetts | ½ hour, if work is for more than 6 hours. |
| Minnesota | Sufficient unpaid time for employees who work 8 consecutive hours or more. |

NCR Corporation—Confidential

NCR MEADOWS0000376

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

| | |
|---|---|
| **Nebraska** | ½ hour, off premises, between 12 noon and 1 p.m. or at other suitable lunch time. |
| **Nevada** | ½ hour, if work is for 8 continuous hours. |
| **New Hampshire** | ½ hour, after 5 consecutive hours, unless feasible for employee to eat while working and is permitted to do so by employer. |
| **New York** | 1 hour noon-day period |
| | 30 minute noonday period for employees who work shifts of more than 6 hours that extend over the noon day meal period. |
| | An additional 20 minutes between 5 p.m. and 7 p.m. for those employed on a shift starting before 11 a.m. and continuing after 7 p.m. |
| | 45 minutes midway in shift for those employed more than a 6-hour period starting between 1 p.m. and 6 a.m. |
| **North Dakota** | ½ hour, if desired, on each shift exceeding 5 hours. |
| **Oregon** | ½ hour, with relief from all duty, for each work period of 6 to 8 hours, between 2nd and 5th hour for work period of 7 hours or less and between 3rd and 6th hour for work period over 7 hours; or, less than ½ hour but not less than 20 minutes, with pay, with relief from all duty, where employer can show that such a paid meal period is industry practice or custom; or, where employer can show that nature of work prevents relief from all duty, an eating period with pay while on duty for each period of 6 to 8 hours. |
| **Rhode Island** | All employees are entitled to a 20 minute mealtime within a six hour work shift, and a 30 minute mealtime within an eight hour work shift. |
| **Tennessee** | ½ hour for employees scheduled to work 6 consecutive hours or more. |
| **Vermont** | Employees are to be given "reasonable opportunities" during work periods to eat and use toilet facilities in order to protect the health and hygiene of the employee. |
| **Washington** | ½ hour, if work period is more than 5 consecutive hours, to be given not less than 2 hours nor more than 5 hours from beginning of shift. Counted as worktime if employee is required to remain on duty on premises or at a prescribed worksite. Additional ½ hour, before or during overtime, for employees working 3 or more hours beyond regular workday. |
| **West Virginia** | 20 minutes for employees who work 6 consecutive hours or more. |
| **Guam** | ½ hour, after 5 hours, except when workday will be completed in 6 hours or less and there is mutual employer/employee consent to waive meal period. Not considered time worked unless nature of work prevents relief from duty. |
| **Puerto Rico** | 1 hour, after end of 3rd but before beginning of 6th consecutive hour worked. Double-time pay required for work during meal hour or fraction thereof. |

**FOOTNOTES**

1/The following 35 jurisdictions also have separate provisions requiring meal periods specifically for minors (when minors are covered by two provisions, employer must observe the higher standard): Alabama, Alaska, California, Colorado, Delaware, Florida, Hawaii, Illinois, Indiana, Iowa, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Nebraska, Nevada, New Hampshire, New Jersey, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, Utah, Virginia, Washington, West Virginia, Wisconsin, Guam, and Puerto Rico.

NCR MEADOWS0000377

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

New Mexico. A provision applicable to females and administratively extended to men does not require a meal period, but provides that when a meal period is granted (in industrial, mercantile and certain service industries), it must be at least ½ hour, not counted as time worked.

Wisconsin. By regulation, the recommended standard is ½ hour after 6 consecutive hours' work in factories, mechanical and mercantile establishments and certain service industries, to be given reasonably close to usual meal time or near middle of shift.

NCR MEADOWS0000378

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

## Administrative Duties

Time spent performing administrative activities (e.g., e-mail, time reporting, parts management, mandatory training and other administrative duties) are compensable as work time. You should record time spent on administrative duties as time worked and receive the appropriate pay.  Please keep in mind that you are not to work overtime unless specifically directed by management, and you should fit all administrative tasks into your normal schedule to meet productivity goals.  If you need a block of time in order to manage your parts or take mandatory training, contact your manager so that he or she can rearrange your schedule to enable you to accomplish these tasks during your normal work shift.

E-mail is often used as a vehicle to communicate important company and specific team information and should be checked throughout the workweek. Territory Managers will give general direction regarding the frequency with which you should check e-mail based upon the frequency with which email is used in your territory. Examples requiring the use of e-mail and NCR intranet include Web-based training, instruction manuals, Human Resource Employee Benefit Information, NCR Policy Information, information about current initiatives, employee schedules, and expense reporting. Territory Managers will give general direction regarding the frequency with which you should check email based upon the frequency with which email is used in your territory, but in no event should email be used during your unpaid, non-working hours.

NCR MEADOWS0000379

NCR Services U.S. – Customer Engineer Human Resources Handbook

## 'Off the Clock' Work Is Prohibited

NCR strictly prohibits all non-exempt employees, including CEs, from performing any work "off the clock." All time worked must be accurately recorded and paid.

It is your responsibility to input all hours that you work into NCR's electronic time tracking system, Workday. You must record your work start time, your work end time, and the duration of any meal or other unpaid break(s) that you take during your shift in Workday. (Please refer to the 'Rest Breaks' and 'Meal Breaks' policies for any rest break and meal requirements for your state.) To ensure consistent treatment, data recorded in Workday is the record of the workday. Any need to determine actual time worked will be resolved with reference to Workday records (and other data as appropriate), which is another reason why it is important that you accurately record your time.

Here are examples of work that you are prohibited from performing "off the clock:"

- Answering phone calls from NCR, customers, or other CEs about work matters;
- Reading or responding to NCR email about work matters;
- Attending NCR training;
- Attending workgroup meetings or calls;
- Processing or ordering parts; and
- Inputting details about calls (such as entering remarks or ordering parts).

Here are examples of the following situations that may arise, and how you should handle them:

- Before the start of your shift you are prohibited from performing any work, other than briefly checking your handheld mobile device 30 minutes before the start of your shift (this is so that you can determine the location of your first assignment).

- If your manager or a co-worker calls or messages you during your unpaid commute to your first job site, you are to delay your response until you go back on the clock.

- If you receive a business call, text or email from NCR or a customer during your lunch break, you are to delay your response until you are back on the clock; you have the right not to answer or respond to it until that time. If you take the call, you must go back on the clock so you can be paid for the time that you spend on the call.

- You may need to ask your supervisor to schedule "admin time" for you to accomplish tasks requiring an internet connection, because you are not permitted to perform these tasks at home outside of your regularly scheduled shift.

- Unless you have received prior approval from your supervisor, you are prohibited from processing parts at your home. In any event, all time spent processing parts must done "on the clock." All time spent processing parts must be reported and you will be paid for it.

NCR expects CEs to work within the work schedules set by their managers. However, all time spent performing work (regardless of whether it falls during your scheduled shift) must be reported in Workday. Supervisors are prohibited from requiring, encouraging or even suggesting that CEs (and any other non-exempt employees) work "off the clock."

NCR Corporation—Confidential

NCR MEADOWS0000380

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

Employees that underreport or fail to report hours, or any other violation of the foregoing, may be subject to the full range of disciplinary action. This includes managers who fail to observe this policy. If you have any questions or concerns about the prohibition against "off the clock" work, please contact HR Central.

Note: Other sections of the CE Handbook also bear on this topic. You may wish to consult the following additional CE Handbook policies:

- Work Shifts/Work Schedules
- Shift Guidelines
- Home-to-Work Commute
- Rest Breaks
- Meal Breaks
- Administrative Duties

NCR MEADOWS0000381

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Consecutive Hours

Certain installations or systems down may require extended work periods. Due to the safety issues surrounding extended work periods, the following will be required:

| Work Periods Exceeding | Approval | Other |
|---|---|---|
| 14 Hours in a 24-Hour Period or 60 Hours in a Workweek | Territory Manager must obtain authorization from the Field Operations Director or Services General Manager for work exceeding 14 hours (consecutive or cumulative) within a 24-hour period or 60 hours in a work week. | |
| 16 Hours in a 24-Hour Period | Voluntary agreement between you and your Territory Manager should exist for all work periods exceeding 16 hours | An immediate period of no work of at least eight hours is required following an extended work period of 16 or more consecutive hours. You must update the whereabouts status in your handheld mobile device as unavailable and contact Operations Center to ensure you are placed on unavailable status if this overlaps with your normally scheduled next shift or availability schedule. This is to ensure the calls are routed to your alternates. |
| 20 Hours in a 24-Hour Period or 80 Hours in a Workweek | Under no circumstances should an employee work more than 20 hours in a 24-hour period or more than 80 hours in a work week | |

If at any point you feel the number of hours or other matters relating to overtime employment are detrimental to your health, safety or welfare, notify your Territory Manager or HR Central.

NCR MEADOWS0000382

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Overtime Pay

Time and one-half the regular rate of pay will be paid for all hours worked in excess of forty (40) hours in a work week. Overtime laws may vary by state. Additional state laws may apply. Please check with HR Central for guidance on state requirements.

You are responsible for working with your team and manager to help identify work schedules and shifts that will minimize overtime costs. **You are not to work overtime unless specifically authorized by management.** You must accurately report all overtime hours that you work. While you will be compensated for this time, working unauthorized overtime will subject you to discipline, up to and including termination of employment. Compensatory time off ("comp time") in lieu of overtime payment is not permitted. Off the clock work is not permitted under any circumstances.

Holidays, floating holidays, vacation, family illness, sick time, bereavement and jury duty will not be counted as "hours worked" for purposes of determining overtime eligibility.

## California, Nevada and Alaska

In California, Nevada and Alaska, non-exempt employees will be paid overtime for all hours worked in excess of eight (8) hours per day.

## Colorado

In Colorado, non-exempt employees will be paid overtime for all hours worked in excess of twelve (12) hours per day or twelve (12) consecutive hours without regard to the work day.

NCR MEADOWS0000383

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Double-Time

There are certain circumstances where you may be paid in accordance with state law.

NCR MEADOWS0000384

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Holiday Pay

The company provides twelve paid holidays in the calendar year, six of which are designated as personal/floating and six of which are core/fixed. The fixed holidays are New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day. The six personal/floating days can be used according to the employee's preference, business and customer needs permitting. Local management may approve or disapprove requested personal days depending upon, among other things, business and customer needs. No reimbursement will be made for personal/floating holidays not taken during the calendar year and this time cannot be carried over into the following year.

If a holiday falls on a scheduled day off and you do not work, you will receive an alternate day off with pay. This day must be scheduled during a day that falls within your normally scheduled work days.  It must be taken during that same calendar year.  The alternate day should be coded in Workday as 'Holiday'.

You must work with your manager to schedule the alternate day off.

> Example:
> Independence Day falls on a Thursday, one of your normally scheduled day off. You work eight hours each of the other five days scheduled that week. Your pay will include 40 regular hours paid at the straight time rate.
> You schedule an alternate day off (that fall within your normally scheduled work days) the following week. Your pay that week will include 32 regular hours and 8 holiday hours, all paid at the straight time rate.

When a holiday falls on a scheduled workday and you do not work, you will receive holiday pay at your regular rate for the scheduled number of hours.

> Example:
> Independence Day falls on a Thursday, one of your normally scheduled work days. You observe the holiday and take the day off. You work 8 hours each of the other four days scheduled that week. Your pay will include 32 regular hours and 8 holiday hours, all being paid at the straight time rate.

If a holiday falls on a scheduled workday and you do work, you will receive holiday pay. Time and one-half the regular rate of pay will be paid for all hours worked on a holiday within the regularly scheduled work hours. Double time (two times your regular rate) will be paid for hours worked on a holiday that exceed the number of hours in the scheduled work day ("Holiday Premium Pay"). (Holiday Premium Pay is not included in the computation of an employee's "regular rate" for overtime.)

You are responsible for accurately reporting the holiday hours that you work.

> Example:
> Independence Day falls on a Thursday, one of your normally scheduled work days. You work 10 hours on Independence Day. You work 8 hours each of the other four days scheduled that week. Your pay will include 32 regular hours paid at the straight time rate, 8 holiday hours paid at the straight time rate, 8 hours paid at time and one half, and 2 hours paid at double time.

You may access a printable calendar with the current year's holiday and pay dates by typing the following web address into your browser.

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=6095

NCR Corporation—Confidential

NCR MEADOWS0000385

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Shift Premiums

Changing business needs require flexible scheduling. Recognizing the inconvenience associated with being assigned to a non-standard shift or being asked to work a flexible schedule, NCR has adopted this shift premium policy. The shift premium policy applies to all shifts (regular or temporary) starting on or after 3:00 PM local time.

NCR recognizes two levels of shift premium pay based on the scheduled start time of your assigned shift.

- Shifts beginning between 3:00 PM and 10:59 PM are eligible for 2nd Shift Premium of $1.70 per hour worked.
- Shifts beginning between 11:00 PM and 5:59 AM are eligible for 3rd shift premium which is $2.00 per hour worked.

Shift premium is paid for approved absences only if the associate is permanently assigned to a second or third shift on the day(s) the absence occurs. Approved absences include vacation, floating holidays, company observed paid holidays, bereavement and jury duty.

The shift premium is not part of base pay and therefore is excluded from all calculations related to salary increases and other benefits which are calculated using base pay. However, shift premium is included in the computation of overtime pay.

NCR Corporation—Confidential

NCR MEADOWS0000386

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Availability

Availability pay applies when you are assigned to respond to unscheduled customer service calls outside of your scheduled work hours (see Work Shift/Work Schedule). When on availability status, you will be expected to respond to the customer within fifteen (15) minutes on the phone and be at the customer's site within two (2) hours, or as specified by the customer.

In states with a "seventh day of rest" rule, individuals cannot be scheduled for availability for seven consecutive days. Because the laws vary from state to state, check with HR Central for guidance on state requirements.

Payment for availability is $15 per day for days in which you are scheduled to work and $37.50 per day for days you are not scheduled to work.

- When a customer site visit is not required, telephone time spent directly assisting and fixing the customer problem is compensable at the overtime rate.

- When called out to a customer site, a CE is guaranteed the greater of two (2) hours or the actual time spent on the service call or calls with a 24-hour period. All hours are compensated at the overtime rate. When called out from home, or at the end of your shift while scheduled for availability, you will be paid from the time you leave for the call.

See examples below.

Example #1: The drive to the customer site takes 30 minutes, you spend 1- hour at the customer site, and it takes you 1-hour to drive back to your original destination due to a personal stop which took 30 minutes. Your pay would be based on the actual time spent responding to the customer call, which in this example is 2-hours. *(30 min drive time +1 hr at customer site +1 hr drive time back - 30 mins for personal stop = 2 hrs compensable time)*

Example #2: The drive to the customer site for your first call takes 45 minutes, you spend 1- hour at the customer site, and it takes you 45 to drive back to your original destination. 1- hour after you reach your original destination, you receive an additional call. The drive to your second call takes 30 minutes; you spend 15 minutes at the customer site, and spend 30 minutes driving back to your original destination. 2- hours later you receive a third call and the drive to the customer site takes 30 minutes, you spend 2- hours at the customer site, and your trip back to your original destination takes 45 minutes due to a personal stop which took 15 minutes. Your pay would be based on the actual time spent responding to the customer call, which in this example is 6 hours and 45 minutes, all paid at the overtime rate. *(45 mins drive time + 1 hr at customer site + 45 mins drive time back + 30 mins drive to second destination + 15 mins at customer site + 30 mins drive time back + 30 mins drive to third destination + 2 hrs at customer site + 45 mins drive time back – 15 mins personal stop = 6 hrs and 45 mins compensable time)*

You are responsible for accurately reporting availability time daily.

Availability pay for the following holidays is paid the rate of $37.50: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day.

NCR MEADOWS0000387

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Reporting Time While Traveling

When reporting to and returning from Peachtree City or other assigned training facilities, actual hours spent traveling on any day of the week, including scheduled days off, will be compensated as work hours. Actual travel time will be considered as part of your regular work week and will be paid at your regular hourly rate. Travel time will be considered as time worked for overtime purposes. Managers may include training travel time as a part of your weekly schedule.

Travel that keeps you away from home overnight is considered travel away from home. Travel away from home is clearly work time when it cuts across your scheduled workday. You are simply substituting travel for other duties. The time is not only hours worked on regular working days during normal working hours, but also during corresponding hours on nonworking days.

Thus, if your work schedule is from 9:00 AM to 5:00 PM from Monday through Friday, the travel time during these hours is considered work time. Regular meal break is not counted.

NCR will also compensate for actual travel time. This would be time spent traveling by plane, train, boat, bus or automobile.

NCR MEADOWS0000388

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Customer Engineer Assigned Assets and Expenses

You are responsible for the proper care and management of all company assets assigned to you—parts, tools, vehicle, laptop, cell phone and any other communication device. You are expected to maintain your vehicle responsibly and manage cell phone and other communication costs to defined objectives.

Losses and repairs to your assets are a direct expense affecting the profitability of your Area and NCR. **NCR follows normal industry practice to ensure the security and management of the vehicle and parts assigned to you, including global positions systems (GPS) units for vehicles in many areas;** however, you are ultimately accountable for these assets.

Additionally, you are responsible for ensuring the complete, accurate, and timely reporting necessary for NCR to meet financial, legal, and management obligations.

NCR Corporation—Confidential

NCR MEADOWS0000389

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Compensation

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Compensation

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=1861

NCR Corporation—Confidential

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

## Pay Practices

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Compensation » Compensation Administration Manual (CAM) » For Employees: Direct Compensation - Ongoing Base Salary Management

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=2425

NCR MEADOWS0000391

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

## Base and Variable Pay

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Compensation » Compensation Administration Manual (CAM) » For Employees: About Competitive Analysis and Salary Structures

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=2424

NCR MEADOWS0000392

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

## Merit Administration

Each year NCR conducts an Annual Salary and Performance Review (ASPR). It is during this cycle that Employees are formally evaluated on a fiscal/calendar year basis against objectives and contributions and managers consider and award merit increases. Base salary changes are made through merit increases, pay positioning adjustments, and promotion increases. Pay positioning and promotions may happen at any time during the year, while merit increases are awarded only during the beginning APSR cycle.

**Please refer to the most updated information provided on HR Central under** Home » HR Central » For Managers » Performance Management » Global - Annual Performance and Salary Review (APSR)

https://intranet.ncr.com/index.php?option=com_content&v.ew=frontpage&Itemid=3783

NCR MEADOWS0000393

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Incentives

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Compensation » Compensation Administration Manual (CAM) » For Employees: About Annual Incentives

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=2427

NCR MEADOWS0000394

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Vacation and Floating Holidays

Because our customers expect and deserve consistent quality service from NCR, Territory Managers and Customer Engineers must schedule vacations that accommodate both the needs of our customers and allow our CEs time off. Territory Managers are required to prepare and submit vacation and time off schedules prior to the beginning of each calendar year. In December of each year, all CEs are required to submit their requests for all planned days off in the following year to the Territory Manager. This allows the Territory Mangers to create a work schedule for the entire territory, ensures that CEs will be able to utilize their entire vacation benefits during the year, and ensures vacation usage is adequately distributed throughout the year..

All full-time regular employees also receive six (6) floating holidays per year in addition to vacation and the company's fixed holidays. The six (6) floating holidays allow employees to have additional paid leave to cover absences for personal reasons such as religious observances or to supplement vacation and holiday leave. Under no circumstances, except where mandated by state law, will these days be carried over to the next calendar year.

## Vacation and Floating Holiday Scheduling

In order to ensure adequate staffing to meet customer demands, use of vacation time will be limited during peak times of high volume activity. Territory managers should communicate these peak periods during the 4th quarter of each year for the following year, unless extenuating circumstances arise.  To be consistent and fair to all requests turned in during such times, the following process will be followed:

- Vacation and floating holiday requests (taken in half days or full days) must be submitted in December of each year for the coming year.
- Every CE must submit a list of requested vacation in order of priority. This can be a full week, several consecutive days, or a single day. Please consider submitting at least two (2) alternate date options should any initial request be unavailable.
- Vacation will be approved on a rotational basis starting with the highest company seniority.
- In the event two or more employees with the same seniority level requests the same vacation period, then vacation history for the last twelve months should be reviewed to provide a chance for each employee to take certain vacations.
- If a CE does not request all available vacation in December for the following year, the vacation request will then be evaluated when submitted. Whether or not the request is approved will be based on business impact and needs, and first come/first serve.
- After a vacation request is approved, changes can only be made via mutual agreement between CE and manager.
- Unused vacation and floating holidays cannot be carried over to the next year, nor are they paid out at the end of the year unless required by state law.

## Approval Process

- Starting with the most senior CE, the first requested vacation will be approved based on availability.
- The process will move to the next most senior CE whose first requested vacation will be approved based on availability. If the first requested vacation is not available, the second requested vacation will be evaluated.
- The process continues to rotate through each CE approving one request per rotation.

NCR Corporation—Confidential

NCR MEADOWS0000395

NCR Services U.S. – Customer Engineer Human Resources Handbook

| Accumulated Years of Service (Completed during the calendar year) | Annual Vacation Eligibility |
|---|---|
| 1 to 4 years or grades 1 to 10 | 2 weeks (80 hours) |
| 5 to 9 years or grades 11 to 15 | 3 weeks (120 hours) |
| 10 to 23 years or grades 16+ | 4 weeks (160 hours) |
| 24 years or more | 5 weeks (200 hours) |

## California and Montana Vacation Accruals

For CEs located in California and Montana, please refer to policy # CMP 359 ("Vacation Guidelines" for "U.S. Employees") and policy # CMP 360 ("Holidays and Personal Day Guidelines" for "U.S. Employees") for specific information on annual accrual caps and carryover of earned and unused vacation and floating holidays.

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3962

NCR Corporation—Confidential

NCR MEADOWS0000396

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Bereavement

The death of an immediate family member or a person with whom an individual has a family-type relationship is often accompanied by additional burdens which may include time to make funeral arrangements, to attend the funeral, and to settle legal matters. Bereavement pay is provided by the Company to minimize financial hardship to full-time associates during this stressful time.

Your manager may grant additional time off from work in the form of vacation, floating holidays, or an unpaid leave of absence. You are expected to notify your manager as soon as you know you will need the time off.

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Vacation & Time Away » Other Time-Off Programs » United States - Other Time-Off Programs

https://intr.net.ncr.com/index.php?option=com_content&view_frontpage&Itemid=3382

NCR MEADOWS0000397

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

# Sick Time

Sick days are covered under the Short-Term Disability Plan and count toward the maximum 26 weeks. Sick days include absence from work for less than five consecutive work days due to personal illness or injury. Sick days also include up to five days per calendar year to care for an ill or injured family member.

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Vacation & Time Away » Sick Days » United States - Sick Days

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3387

*Note: For any attendance issues please refer to the separate attendance policy in the CE HR Handbook*

**NCR Corporation—Confidential**

NCR MEADOWS0000398

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Disability Management Process

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Vacation & Time Away

https://intranet.ncr.com/index.php?option com content&view frontpage&Itemid 1868

NCR Corporation—Confidential

NCR MEADOWS0000399

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Family and Medical Leave

The Family Medical Leave Act (FMLA) entitles eligible employees to take unpaid, job-protected leave for qualifying reasons with continuation of group health insurance coverage.

NCR's FMLA policy is available on HR Central under Home » HR Central » For Employees » Vacation & Time Away » Leave of Absence » United States - Family Medical Leave & Leave of Absence

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3227

NCR MEADOWS0000400

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Short Term Disability

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Vacation & Time Away » Disability » United States - Short-term Disability

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3374

NCR MEADOWS0000401

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Work Related Injury and Illness

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Vacation & Time Away » Worker's Compensation » United States - Worker's Compensation

https://hrtranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3378

NCR Corporation—Confidential

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

## Transitioning to Long-Term Disability

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Vacation & Time Away » Disability » United States - Long-term Disability

http://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3373

NCR MEADOWS0000403

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Jury Duty

We encourage employees to fulfill their civic responsibilities by serving Jury Duty when subpoenaed. If you are required to serve on jury duty, NCR will pay your regular base pay for any time you were regularly scheduled to work, up to 60 calendar days in any calendar year.

You should submit a copy of the Jury Duty summons to your manager as soon as you receive it so that the manager may make arrangements to accommodate your absence. You are expected to report to work whenever the court schedule permits.

Please refer to the most updated information provided on HR Central under Home » HR Central » For Employees » Vacation & Time Away » Other Time-Off Programs » United States - Other Time-Off Programs

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3382

NCR MEADOWS0000404

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Military Service

NCR supports the choice of some associates to serve the national defense of the country by participating in the National Guard and Reserves during NCR employment. The Uniformed Services Employment and Reemployment Rights Act (USERRA) applies to persons who perform duty, voluntarily or involuntarily, in the "uniformed services," which include the Army, Navy, Marine Corps, Air Force, Coast Guard, and Public Health Service commissioned corps, as well as the reserve components of each of these services.

Please refer to policy # CMP 202 for additional information on Military Service/Training.

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3962

NCR MEADOWS0000405

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

## Extended Leave

The Territory Manager must retain the company vehicle and other assets (parts, ATM keys, etc.) when an employee is out on an approved Leave of Absence. CE's should contact their Territory Manager upon return to work and collect the company vehicle and assets.

The Territory Manager must notify the Fleet Administrator of the last day a CE worked.

If the decision is made to remove the employee from the program, the vehicle and the driver materials must be turned in to the local NCR office. NCR Fleet Administration must be contacted immediately. Based on age and mileage, the vehicle will be held until it can be reassigned or sold.

NCR MEADOWS0000406

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Equal Employment Opportunity

NCR is committed to non-discrimination and to treating people with respect and dignity in all aspects of employment, employee relations and community relations.

NCR is an equal opportunity employer. We believe in dealing fairly with all employees and prospective employees. Treating employees without discrimination because of race, color, religion, gender, sexual orientation, age, national origin and handicap, disability, genetic information, veteran or marital status is a cornerstone of our Human Resources philosophy. This non-discrimination policy applies to all Company policies, procedures and practices that affect employment, promotion, compensation, benefits, performance evaluation and other personnel actions.

NCR employees make up a diverse community of men and women working together. We expect that you will value and promote positive relations with all others in that community.

Note: Please refer to policy # CMP 701 for additional information on Non-Discrimination – Equal Employment Opportunity

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3962

NCR MEADOWS0000407

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Non-Harassment

We prohibit harassment of one employee by another employee, supervisor or third party for any reason which includes, but not limited to: veteran status, uniform service member status, race, color, religion, sex, pregnancy, national origin, age, genetic information, and physical or mental disability. Harassment of third parties by our employees is also prohibited.

The purpose of this policy is not to regulate the personal morality of employees. It is to assure that in the workplace, no employee harasses another for any reason. While it is not easy to define precisely what harassment is, it includes: slurs, epithets, threats, negative stereotyping, intimidating acts, derogatory comments or visual depictions, unwelcome jokes and teasing.

Any employee who feels that (s)he is a victim of such harassment should immediately report the matter to HR Central, the NCR Alertline or Employee Relations. The company will conduct all investigations in a discreet manner as confidentially as possible. The company recognizes that every investigation requires a determination based on all the facts in the matter. We also recognize the serious impact a false accusation can have. We trust that employees will continue to act responsibly.

No reprisals will be taken as a result of employees' good faith reporting or participation in the investigation of a violation of this policy. Violations of this policy are not permitted and may result in disciplinary action, up to and including discharge.

Note: Please refer to policy # CMP 702 for additional information on Harassment

https://intranet.ncr.com/index.php?option=com_content&view=from.page&Itemid=3962

NCR MEADOWS0000408

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Americans with Disability Act

Our company is committed to providing equal employment opportunities to qualified individuals with disabilities, which may include providing reasonable accommodation where appropriate. *A qualified person with a disability is able to perform the essential functions of the job with or without a reasonable accommodation.* In general, it is your responsibility to notify the manager of the need for an accommodation. Upon doing so, the manager may ask you for your input or the type of accommodation you believe may be necessary or the functional limitations caused by your disability. Also, when appropriate, we may need your permission to obtain additional information from your physician or other medical or rehabilitation professionals. *We will provide necessary reasonable accommodations if we can do so without undue hardship to the operations of the Company.*

NCR MEADOWS0000409

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Drug-Free Workplace

NCR is committed to providing a safe work environment and to fostering the well-being and health of its employees. Accordingly, employees are prohibited from engaging in the unlawful possession, use, manufacture, sale, trade, transfer, or offering for sale of illegal drugs while on NCR or a customer's property (including parking area and grounds), while performing their work duties away from NCR, or while attending a company-sponsored event. Employees are prohibited from having any illegal or unauthorized controlled substances in their systems while at work, while performing their work duties away from NCR or while attending a company-sponsored event.

Employees are prohibited from having excess amounts of otherwise lawful, controlled substances in their systems (including alcohol and over-the-counter medications), such that the employees' abilities to function are impaired or the employees are "under the influence" while at work, while performing work duties away from NCR or while attending a company-sponsored event. Nothing in this policy precludes the appropriate use of legally prescribed medications.

As noted in Corporate Management Policy 219, CEs it is a condition of employment for those CEs who work on certain US Government contracts and subcontracts with Drug Free Workplace requirements to notify HR within five days of the entry of a conviction (including a no contest or similar plea) for a violation of drug related offenses that occurred in the work place. NCR, in turn, is required to inform the Government about the conviction or plea. If you work on a US Government contract, and want to know whether this requirement applies to you, please contact Human Resources.

Any violation of this policy is subject to serious disciplinary action, up to and including the possibility of immediate termination of employment.

This policy should be read in conjunction with Corporate Management Policy 219 ("Drug Free Workplace") and Corporate Management Policy 220 ("Drug Screening").

## Drug-Free Workplace Policy Enforcement

NCR reserves the right to take any and all appropriate and lawful actions necessary to enforce this policy, including, but not limited to, requesting an employee to submit to a drug and/or alcohol test when the Company has reasonable suspicion to believe that the employee may have violated the prohibitions contained in this policy. Reasonable suspicion may arise from, among other factors, supervisory observation, co-worker reports or complaints, performance decline, attendance or behavioral changes, results of drug searches or other detection methods, or involvement in a workplace or vehicular accident.

Employees will be subject to discipline, including possible termination, for refusing to submit to screening, or failing to execute consent forms when required by supervisors.

NCR MEADOWS0000410

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Background Screening Policy

Because Customer Engineers and Services personnel have access to cash and sensitive information and assets related to NCR customers (including Financial Institutions), NCR employment in a Customer Engineer or services role may be conditioned upon the successful completion of a background check. Where permitted by law and consistent with business necessity, a background check may include the following inquiries:

- Drug Screening

- Criminal Conviction Record

- Consumer Credit Report

- Motor Vehicle Report (if driving is a requirement of the position)

- Education History

- Employment History

NCR reserves the right to conduct periodic background checks based on business necessity or if the company has reasonable cause to believe an associate would no longer be able to pass. In addition, from time to time, NCR customers require that background checks (including but not limited to drug screens) are run on NCR associates, either by NCR or directly by the customer, who enter customer premises or service customer equipment in connection with NCR employment. With respect to employees who refuse to submit to any such screening the business may take any action it deems necessary, in its sole and absolute discretion, to preserve its interests including, but not limited to: reassigning the employee's job duties, modifying the employee's work schedule, hours or territories, or terminating the employee's employment.

At all times, background check results will remain confidential and access to those results will be strictly limited to NCR, and in some instances, customer, personnel on a need-to-know basis. The results of each background check are evaluated on a case-by-case basis, and Corporate Security and Human Resources will be consulted regarding any potentially detrimental information that surfaces during the background screening process. NCR management reserves the right to suspend an employee's employment pending the successful completion of any form of background screen.

A new associate must not have access to the security policies and procedures, receive security training, receive a F key, customer keys or alarm cards / codes, or accompany any ATM associate to a customer premise prior to successfully completing the background screening process.

# Workplace Safety

Your safety and the safety of others are of utmost importance to us. We promote safe working conditions and expect you to be safety-conscious at all times while performing your job. We also ask you to assist us in finding conditions in our offices that might cause accidents or present harmful situations for employees. Please report any unsafe conditions to your manager and to HR Central immediately.

## Workplace Violence

For the safety and well-being of all employees, NCR strives to maintain a work environment free from intimidation, threats, or violent acts and has a "no tolerance" policy on Work Place Violence. This includes,

NCR MEADOWS0000411

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

but is not limited to, intimidating, threatening, or hostile behaviors, physical abuse, vandalism, arson, sabotage, use of weapons, carrying or possession of weapons of any kind onto Company property (unless otherwise prohibited by state law, e.g., a law allowing for a licensed firearm in a locked car parked in a company parking lot), or any other act, which, in our opinion, is inappropriate to the workplace. In all situations where we deem appropriate, we reserve the right to immediately terminate employment and/or contact local enforcement authorities when violations of this policy have been substantiated.

If you have witnessed or have knowledge of any violation of this policy, please immediately report the incident to your manager, HR Central or another management team member. Be assured that all instances will be investigated, and appropriate action will be taken. We look to you to help us keep NCR a safe place to work.

Note: Please refer to policy # CMP 708 for additional information on 'Workplace Violence'.

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3962

NCR MEADOWS0000412

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Attendance

Attendance and punctuality are essential for your success at NCR. Absenteeism and tardiness affect coworkers, productivity and competitiveness. Accordingly, every employee is expected to attend work as scheduled, with punctuality. Unsatisfactory attendance will be cause for disciplinary action up to and including termination of employment.

All employees are expected to use the proper reporting process when they are absent or late. It is the employee's responsibility to contact his/her manager, supervisor or team lead by phone as far in advance, but no less than one hour before the start of shift. Failure to follow the established reporting process will be cause for disciplinary action up to and including termination of employment.

**Attendance Records and Corrective Action Procedures**

To promote fair and consistent treatment of all employees with the goal of encouraging employee attendance, the company has established a corrective action procedure to record unscheduled absences. Your absence will not be treated as an unscheduled absence if:

The absence is approved under the Family and Medical Leave Act, Short-Term disability, Long-Term disability, Workers Compensation, jury duty, or military duty.

You can have up to five (5) days of unscheduled absences (taken in half days or full days) in a rolling twelve (12) month period to be used as sick days or days to take care of a sick family member.

**Unscheduled absences**

Employee does not schedule, and receive approval from their manager or supervisor for time away from work or any absence from work for more than ½ of your scheduled shift (i.e.: 4 hours for an 8-hour shift or 6 hours for a 12-hour shift). Each unscheduled absence call out counts as 1 individual occurrence.

**Tardy**

Reporting to work more than 15 minutes after your scheduled start time. Employees that are going to be tardy are required to call his/her manager within the first hour of start of shift. Each tardy occurrence will count as ½ occurrence. If the employee does not call his/her manager within the first hour of their shift it will be considered a No Call event which would result in 1 occurrence. Any combination of two (2) tardy occurrences or early departures will count as 1 occurrence.

**Early Departure**

Unscheduled early leave will result in ½ occurrence as long as employee has worked a minimum of ½ of the scheduled shift. If a minimum of ½ of the scheduled shift has not been worked, the employee will incur 1 occurrence. Any combination of two (2) early departures will count as 1 occurrence.

**No Call No Show**

If an employee is absent for (3) consecutive days without providing proper notification to his/her supervisor, the employee may be considered as having abandoned his/her job.

NCR MEADOWS0000413

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

Corrective Action Procedures after five (5) unscheduled absences

| Tardy or Early Departure | 1/2 absence day | per occurrence |
|---|---|---|
| No Call No Show | 1 absence day | per occurrence |
| Unscheduled absence | 1 absence day | per occurrence |

 ***each unscheduled absence call out counts as 1 individual occurrence.

Five (5) instances of tardiness/early departure in a rolling twelve (12) month period will be considered excessive and will result in disciplinary actions.

| # of Unscheduled Absences | Corrective Action Steps |
|---|---|
| 6-9 | Written Warning |
| 10 | Final Written Warning |
| 10+ | Further disciplinary action, up to and including termination |

Pattern of Abuse

**In a situation where the employee has displayed a pattern of abuse in their attendance, management will consider the circumstances surrounding the matter and the employee's previous record when issuing disciplinary notice. NCR reserves the right to issue disciplinary notice, up to and including termination, at any stage of the disciplinary/corrective action process.**

NCR MEADOWS0000414

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Dress Code'

**Customer Engineer Apparel Program** - The NCR Shirt Branding Program is a company-paid discretionary program which provides each eligible CE with NCR logo shirts. The employee's decision to participate in the CE Apparel Program is voluntary. Employee safety is always NCR's top priority. No customer-facing service personnel should wear NCR logo clothing if doing so conflicts with the company's security policies or their own personal feeling of safety. Logo wear can be ordered via the following link:

http://us.ncrnet.ncr.com/servicescomm/WCSContent/CEapparel/CEshirtFAQ.htm

If you choose not to participate in the apparel program, casual business attire is the standard for all NCR employees. When visiting or hosting customers, it is expected that you will dress to the standard of the customer. This may require you to wear traditional business attire or protective clothing. It may also be necessary to bring a change of clothing to avoid damage to your attire. The perception and feedback of our customers will always dictate the appropriateness of a particular style of dress.

Proper attire is also a requirement when attending training classes. Your appearance is a direct reflection upon NCR. It is the responsibility of each NCR manager to coach and counsel employees in regards to appropriate attire. Employees that do not adhere to these guidelines may be sent home to change into appropriate attire. Failure to meet the required dress standards on an ongoing basis can lead to further discipline.

Casual business attire is defined as follows:

***Note: This is not a complete list and is subject to change without any prior notice.***

*Appropriate - Casual shirts:* All shirts with collars. This includes casual shirts and blouses, golf and polo shirts.

Inappropriate: T-shirts, shirts with vulgarity, profanity and/or nudity, unprofessional slogans or clothing that contains pictures or writing that may be offensive, tank tops, muscle shirts and crop tops, sweatshirts, or halter tops.

*Appropriate - Pants:* Casual slacks and trousers.

Inappropriate: Shorts, Denim (including blue jeans, jackets, shirts), sweatpants.

*Appropriate - Footwear:* Closed-toe shoes or boots.

Inappropriate: Sandals, flip-flops, athletic shoes, Crocs or open-toe shoes.

Clothing must be free of stains, tears, or other blemishes, and should be ironed for a neat appearance. Shirts should be kept tucked into the pants, and socks and belts are required as part of business casual attire. Hats or caps are not appropriate business attire unless worn for protection from inclement weather. Hats worn for this reason should be removed while indoors.

Items of **jewelry** that cause undue attention or a distraction should not be worn. Earrings worn on body parts other than the ears are not acceptable business attire. Additionally, the style or number of earrings should not cause a distraction or undue attention in a business environment. In the interest of safety, jewelry that would subject the wearer to potential safety risks is prohibited.

Reasonable effort should be made to cover **tattoos**.

NCR MEADOWS0000415

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

**Hair** (including beards and mustaches) should be clean, trimmed, and combed or brushed. Hair styles and color which cause distractions in a customer or business environment are not acceptable. In the interest of safety, hair of sufficient length should be kept pulled back and tied to prevent injury or entanglement when working.

Wearing Body Armor
A CE may wear body armor provided at their own expense; however, should this occur the body armor must be worn under the CE's outer clothing so as to not be visible to customers or the general public

## Reasonable Accommodation of Religious Beliefs:

In the event this policy conflicts with and employee's religious beliefs or practices, NCR will not deny a requested reasonable accommodation of an employee's sincerely held religious beliefs to the extent such requests do not infringe on employee's abilities to perform their duties, subject coworkers to a hostile work environment, and/or cause an undue hardship.

NCR MEADOWS0000416

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Open Door Policy

NCR is committed to providing a healthy and productive work environment.

At NCR we believe in open and honest communication. If you have a question, problem or suggestion, you will receive fair and objective consideration without fear of reprisal. It is always best to start with your immediate manager. Most problems can and should be solved with your manager; this is encouraged as your first effort to solve a problem. However, if at any time you are not satisfied with the response you receive from your manager, or if you prefer to talk to someone else, please contact HR Central.

## Addressing Concerns

Please refer to policy # CMP 706 for additional information on 'Internal Dispute Resolution'.

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3962

NCR MEADOWS0000417

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Positive Working Relationships

The success of NCR depends upon the quality of the relationships between you and your co-workers, NCR clients and suppliers, and the general public. Regardless of your position or function, you are an ambassador of NCR. The more goodwill you promote, the more our clients will respect and appreciate you, NCR, our products, and our services.

There are several things you are expected to do to promote positive working relationships and goodwill:

- During the performance of your job responsibilities, truthful, professional, courteous and respectful behavior and communication is expected
- Promptly provide professional responses to inquiries and requests.
- Remember to follow up when applicable.
- Perform all duties in an orderly manner.
- Take great pride in your work and enjoy doing your very best.

Because our success is so highly dependent upon these relationships, discourtesy or disrespect to a colleague, client or another member of the public cannot be tolerated and may result in corrective action up to and including termination of employment.

Likewise, our clients and the people we do business with must be respectful of you. We do not expect you to suffer abuse. Therefore, please report inappropriate behavior to a member of the management or HR. If you find yourself in a situation where you do not feel comfortable or capable of handling a client or business associate, respectfully end the conversation and contact your manager immediately.

NCR MEADOWS0000418

NCR Services U.S. – Customer Engineer Human Resources Handbook

# Workplace Recordings

It is a violation of NCR's policy to record workplace conversations, with any recording device, unless prior approval is received from your manager or a member of upper-level management or all parties to the conversation give their consent. In addition, state law may prohibit you from recording a conversation without the other party's consent. NCR employees have the right to withhold their consent.

Use of Cameras and Video Recording Equipment

A CE may not take pictures or video recordings of a service location or service activity unless authorized to do so by NCR or the customer. When pictures or video recordings are required by NCR or the customer, they are to be taken using an NCR issued device when possible and deleted from the device once submitted. The work order history must reflect that the picture or recording was taken and where it is being sent. Under no circumstances is a CE to wear Go Pro or other similar recording devices while undertaking service activity. Video recordings and pictures may not be shared with unauthorized parties or posted on any unauthorized site.

NCR MEADOWS0000419

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Performance Management

Please refer to the most updated information provided on HR Central under Home » HR Central » For Managers » Performance Management

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=1874

NCR Corporation—Confidential

NCR MEADOWS0000420

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

## Objective Setting

Please refer to the most updated information provided on HR Central under Home » HR Central » For Managers » Performance Management » Global - Annual Performance and Salary Review (APSR) » Global - Manage Annual Objective Setting and Performance Discussion for Employees

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3777

NCR MEADOWS0000421

**NCR Services U.S. – Customer Engineer Human Resources Handbook**

## Annual Performance Appraisals

Please refer to the most updated information provided on HR Central under Home » HR Central » For Managers » Performance Management » Global - Annual Performance and Salary Review (APSR)

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=3783

NCR MEADOWS0000422

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Quarterly Feedback

You may access these guidelines at the following web address:

https://intranet.ncr.com/index.php?option=com_content&view=article&id=22757&Itemid=188

NCR MEADOWS0000423

NCR Services U.S. – Customer Engineer Human Resources Handbook

## Training & Development

Please refer to the most updated information provided on HR Central under Home » Resources » NCRU Central

https://intranet.ncr.com/index.php?option=com_content&view=frontpage&Itemid=338

NCR MEADOWS0000424